

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria

In re

**NANCY W. SLATTERY**

Case No. 08-16597-SSM

Chapter 7

Debtor

### REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Chase Bank USA,N.A.<br>P O Box 740933<br>Dallas, TX 75374 | $2.44 |
| Moore & Foley Electrical<br>P.O. Box 419<br>Warrenton, VA 20188 | $0.99 |
| Recovery Management Systems<br>Corporation<br>For GE Money Bank<br>dba CHEVRON TEXACO PLCC<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $3.42 |
| Recovery Management Systems<br>Corporation<br>For GE Money Bank<br>dba OLD NAVY<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | $0.81 |

Dated:  September 15, 2011        /s/ Donald F. King
                                                          Donald F. King, Trustee
                                                          9302 LEE HWY., SUITE 1100
                                                          FAIRFAX VA 22031
                                                          (703) 218-2163